UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM COBINE,<br><br>       Plaintiff,<br><br>    v.<br><br>MCCARTHY BUILDING COMPANIES, INC.,<br><br>       Defendant. | Case No. 1:19-cv-01230-NONE-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF No. 13) |

    Plaintiff, William Cobine, and Defendant, McCarthy Building Companies, Inc., have filed a stipulation to dismiss the entire action with prejudice (ECF No. 13). In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:   **June 17, 2020**              /s/ *Erica P. Grosjean*
                                                    UNITED STATES MAGISTRATE JUDGE